# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1255. MICHAEL GRIMES v. RESICAP GEORGIA OWNER II, LLC.**

This dispossessory action originated in magistrate court. Following an adverse ruling, Michael Grimes petitioned for review in the state court. The state court dismissed Grimes's petition, and Grimes filed a notice of appeal to the Supreme Court, which transferred his case to this Court. See Case No. S25A0553 (Jan. 28, 2025). We, however, lack jurisdiction.

Appeals from decisions of the state courts reviewing decisions of the magistrate courts by de novo proceedings must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Grimes's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/20/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*